FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 14, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LEILANI B.,[1] <br><br> Plaintiff, <br><br> vs. <br><br> KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | No. 1:21-cv-03102-MKD <br><br> **ORDER GRANTING STIPULATED MOTION FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND CLOSING FILE** <br><br> **ECF Nos. 16, 23** |

Before the Court is the parties' Stipulated Motion for Remand, ECF No. 23, requesting remand of the above-captioned matter to the Commissioner for additional administrative proceeding pursuant to sentence four of 42 U.S.C. § 405(g).  Attorney D. James Tree represents Plaintiff.  Attorney Nancy Zaragoza represents Defendant.

After consideration, **IT IS HEREBY ORDERED** that:

---

[1] To protect the privacy of plaintiffs in social security cases, the undersigned identifies them by only their first names and the initial of their last names.  *See* LCivR 5.2(c).

ORDER - 1

1    1. The parties' Stipulated Motion for Remand, **ECF No. 23**, is **GRANTED**.

2    2. The above-captioned case be **REVERSED** and **REMANDED** to the

3  Commissioner of Social Security for further administrative proceeding pursuant to

4  sentence four of 42 U.S.C. § 405(g).

5    The parties have stipulated to the following:

6    On remand, the Appeals Council will instruct the ALJ to:

7    - Offer Plaintiff the opportunity for a new hearing and further develop

8      the record;

9    - Reevaluate the opinion evidence;

10    - Reevaluate Plaintiff's residual functional capacity;

11    - Reevaluate Plaintiff's symptom complaints;

12    - Obtain vocational expert testimony, if necessary; and

13    - Issue a new decision.

14  *See* ECF No. 23 at 1-2.

15    3. Judgment shall be entered for **PLAINTIFF**.

16    4. Plaintiff's Motion for Summary Judgment, **ECF No. 16**, is **STRICKEN**

17  **AS MOOT**.

18    5. Upon proper presentation, this Court will consider Plaintiff's application

19  for fees and expenses under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

20

ORDER - 2

The District Court Executive is directed to enter this Order, **enter Judgment**, forward copies to counsel, and **CLOSE THE FILE**.

DATED June 14, 2022.

s/Mary K. Dimke
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 3